7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Laura Louise Wagner
*Debtor*

*Bankruptcy Case No.*
05–64669–abf7

**Laura Louis Wagner**
    Plaintiff(s)

*Adversary Case No.*
13–06048–abf

v.

**Joe W. Ingram Trust Fund a Private Foundation**
**Joe W. Ingram Trust**
**Laura Louis Wagner**
**Laura Louis Wagner**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of the Defendant, declaring that Debtor Laura Louise Wagner's debt to Defendant Joe W. Ingram Trust is NONDISCHARGEABLE under 11 U.S.C. Section 523(a)(8), without prejudice to the Debtor's bringing a separate action seeking a determination of undue hardship under that provision.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 6/23/14

Court to serve